**No. 46545.**—Protest 66117–K of B. Altman & Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the photo frames in question are chiefly used on the table, in the kitchen, or in the household-for utilitarian purposes. They were therefore held dutiable at 40 percent under paragraph 339 following Abstract 38069.

**No. 46546.**—Protests 29617–K, etc., of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the claim at 40 percent under paragraph 339 was sustained.

**No. 46547.**—Protests 63895–K, etc., of Weiss Forwarding Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of wire cloth similar to that the subject of *Paper Mill Equipment, Ltd.* v. *United States* (7 Cust. Ct. 25, C. D. 526). In accordance therewith the wire cloth in question was held dutiable at 20 percent under paragraph 372 in view of the provision in the Swedish Trade Agreement (T. D. 47785) for machines for making paper pulp or paper.

**No. 46548.**—Protest 909154–G of Clackamas Flax Growers Assn. (Portland, Oreg.).

Opinion by DALLINGER, J. At the hearing the protest was submitted on the official record without the introduction of any evidence in support of the claims made. An examination of the papers disclosed no reason for disturbing the collector's classification. The protest was therefore overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 5, 1941

**No. 46549.**—Protests 61461–K, etc., of Q. W. Lung Co. (Boston).

Opinion by CLINE, J. It was stipulated that the crude drugs in question are similar in all material respects to those the subject of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). The claim for free entry under paragraph 1669 was therefore sustained.